UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN CRANOR,

    Plaintiff,

v.                                          Case No: 8:16-cv-342-T-36AAS

ALLIED COLLECTION SERVICES, INC.
and DOES 1 THROUGH 20,

    Defendants.
_____/

## O R D E R

Before the Court is the Stipulation of Dismissal with Prejudice with Each Party Bearing Its Own Costs and Fees (Doc. 22). In accord with the Stipulation of Dismissal with Prejudice with Each Party Bearing Its Own Costs and Fees, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation of Dismissal with Prejudice with Each Party Bearing Its Own Costs and Fees is **APPROVED** (Doc. 22).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 27, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record